AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __TEXAS__

| | |
|---|---|
| FINANCIAL FEDERAL CREDIT INC <br><br> V. <br><br> GETOV MACHINE INC, GEORGE GETOV, and BLAGICA GETOV | **CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT** <br><br> Case Number: H-03-3499 |

I, __MICHAEL N. MILBY__ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on __6/07/04__, as it appears in the records of this court, and that

\* __no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed__

**IN TESTIMONY WHEREOF**, I sign my name and affix the seal of this Court.

AUG 2 5 2004
Date

MICHAEL N. MILBY
Clerk

(By) Deputy Clerk

\*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

United States Courts
Southern District of Texas
ENTERED

JUN 0 7 2004

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FINANCIAL FEDERAL CREDIT INC. | § § § § | |
| VS. | § § | CIVIL ACTION NO. H-03-3499 |
| GETOV MACHINE, INC., GEORGE GETOV, and BLAGICA GETOV | § § § | |

**AGREED JUDGMENT**

This Agreement is entered into by and between Financial Federal Credit Inc. ("FFCI"), and GETOV MACHINE, INC., GEORGE GETOV, and BLAGICA GETOV and is intended to compromise, settle and dispose of all disputes and claims between the parties.

It is therefore, ORDERED, ADJUDGED AND DECREED that this Court has jurisdiction over the Defendants, GETOV MACHINE, INC., GEORGE GETOV, and BLAGICA GETOV, and venue is proper in the United States District Court for the Southern District of Texas, Houston Division.

It is therefore, ORDERED, ADJUDGED and DECREED by this Court that Plaintiff, FINANCIAL FEDERAL CREDIT INC., have and recover of the Defendants, GETOV MACHINE, INC., GEORGE GETOV, and BLAGICA GETOV jointly and severally, as follows:

1. Actual damages in the amount of $260,000.00;

-1-

19

2. All costs of court.

3. Post-judgment interest thereon at the rate of 1.82 % as provided by law from entry of judgment until paid;

_____
Lee H. Rosenthal
United States District Court Judge

Signed on June 6, 2004

APPROVED AS TO SUBSTANCE AND FORM:

_____
Robert Grawl, Jr.
Assistant General Counsel
State Bar No: 08313400
Blair A. Bruce
State Bar No: 00792376
1300 Post Oak Blvd., Suite 1300
Houston, Texas 77056
Telephone (713) 439-1177
Telecopier (713) 386-0337
Attorney for Plaintiff

_____
John W. Johnson
State Bar No: 10757650
Southern District No. 16248
P.O. Box 1751
Beaumont, Texas 77704
Telephone (409) 838-6412
Telecopier (409) 838-6959
Attorney for Defendants

TRUE COPY I CERTIFY
ATTEST:  AUG 2 5 2004
MICHAEL N. MILBY, CLERK
By_____
       Deputy Clerk

- 2 -